UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH B. GASKINS,

    Petitioner,

v.

ANTERO RESOURCES CORPORATION,

    Respondent.

Case No. 15-cv-01928-JST (PR)

**ORDER OF DISMISSAL**

Re: Dkt. No. 5

Pursuant to petitioner's notice of voluntary dismissal (dkt. no. 5), this case is DISMISSED without prejudice. <u>See</u> Fed. R. Civ. P. 41(a).

The Court notes that petitioner has filed a petition asserting similar claims in <u>Gaskins v. Antero Resources Corporation</u>, C 15-1920 JST (PR). To the extent petitioner wishes to voluntarily dismiss that separate action, he must file a motion of voluntary dismissal in that case.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 16, 2015

_____
JON S. TIGAR
United States District Judge